UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:  
CARMA JEAN RAUSCH  
3934 STATE RT 345 NE  
NEW LEXINGTON, OH  43764

Case No:   06-57341

Judge:   C KATHRYN PRESTON

SSN(S):   XXX-XX-0805

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  June 15, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| CHARMING SHOPPES FASHION BUG<br>PO BOX 659728<br>SAN ANTONIO, TX  782659728 | 11.67 |